# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MICHAEL McDONALD, et al., | CV 17-54-BU-BMM |
| Plaintiffs, | JUDGMENT |
| vs. | |
| MOUNTAIN WEST STEEL, LLC, | |
| Defendant. | |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order (Doc. 30) granting Plaintiffs' motion for partial summary judgment, that judgment is entered in favor of Plaintiffs and against Defendant.

Dated this 8th day of January, 2019.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk