IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| MICHAEL McDONALD, et al., | CV 17-54-BU-BMM |
|---|---|
| Plaintiffs, | FINAL JUDGMENT |
| vs. | |
| MOUNTAIN WEST STEEL, LLC, | |
| Defendant. | |

The Court's previous Order clarifying Final Judgment (Doc. 34) is modified to release Defendant from the obligation to comply with an audit and accounting of its payroll records.

IT IS FURTHER ORDERED AND ADJUDGED, pursuant to the Court's Order (Doc. 37), that Final Judgment is modified and entered against Defendant and in favor of Plaintiffs for:

(1)  $22,242.50 in attorneys' fees, as described in the Exhibits attached to Plaintiffs' motion. (Doc. 36-1, 36-2).

(2)  $470 in costs, as described in the affidavit of Gregory J. Hatley. (Doc. 36-1).

Dated this 10th day of December, 2019.



TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk